UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF A. MOYER,

    Plaintiff,

                                      Case No. 1:13-CV-33

v.

                                      HON. ROBERT HOLMES BELL

JESUS RUIZ,

    Defendant.
                             /

**MEMORANDUM OPINION AND ORDER**
**APPROVING AND ADOPTING R&R**

On December 21, 2012, United States Bankruptcy Judge Jeffrey R. Hughes issued a Report and Recommendation ("R&R") recommending the Court avoid a transfer made by Debtor to Defendant Jesus Ruiz, pursuant to 11 U.S.C. §§ 557(b) and 558, and enter money judgment in favor of Plaintiff Jeff A. Moyer and against Defendant Ruiz, in the amount of $1,500 together with interest at the statutory rate and costs of $293, pursuant to 11 U.S.C. § 550. (Dkt. No. 1, Attach. 1.)

No objections have been filed, and the objections period provided by Fed. R. Bankr. P. 9033(b)(c) has elapsed. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the December 21, 2012, R&R (Dkt. No. 1, Attach. 1) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the transfer made by Debtor to Defendant Jesus Ruiz is **AVOIDED**.

**IT IS FURTHER ORDERED** that Defendant Ruiz pay Plaintiff Moyer $1,500, together with interest at the statutory rate and costs of $293.


Dated: <u>February 20, 2013</u>　　　　　　　　　　/s/ Robert Holmes Bell　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　ROBERT HOLMES BELL
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE